# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-13-00795-CV

**Mike Lucio, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 98TH JUDICIAL DISTRICT
### NO. D-1-GV-13-000122, HONORABLE TIM SULAK, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

Appellant filed his notice of appeal in the trial court on November 16, 2013. The record was filed on March 11, 2014, making appellant's brief due April 10. On April 28, we sent appellant notice that his brief was overdue, asking for a response by May 8 and cautioning him that a failure to respond could lead to the dismissal of his appeal. Appellant has not responded to our notice or filed a brief. We therefore dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

_____

David Puryear, Justice

Before Justices Puryear, Goodwin, and Field

Dismissed for Want of Prosecution

Filed:   June 9, 2014